# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## BILL OF COSTS

Date: June 28, 2005

Taxed in favor of: COMMONWEALTH EDISON COMPANY

Appeal No. 03-2971

TERRY J. KENNEDY, JOHN F. BROSS,
ROBERT GOSS, et al.,
        Plaintiffs - Appellants

  v.

COMMONWEALTH EDISON COMPANY, also
known as COMED,
        Defendant - Appellee

**FILED**
JUL 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
Appellate Court No.:   03-2971                    Docketed on: 7/23/03
Short Caption:         Kennedy, Terry J. v. Commonwealth Edison
District Court Judge:  Joe Billy McDade
District Court No.:    00 C 4053
```

The mandate or agency closing letter in this cause issued on June 24, 2005.

|    |    | Cost Of Each Item |    |
|----|----|-------------------|----|
| 1. | For docketing a case on appeal or review or docketing any other proceeding _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page _____ | _____ | _____ |
| 3. | Reproduction of briefs: _____ | $561.45 | $561.45 |
| 4. | _____ _____ | _____ | _____ |
| 5. | _____ _____ | _____ | _____ |
|    |    | Total $561.45 |    |

(1171-113194)